THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES ROBERTS.— Motion to dismiss appeal granted. Present — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.